UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-56-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT B. PAYNE, JR. | ORDER |

The Defendant's Motion to Reset Sentencing Hearing for the April 2015, term of Misdemeanor Court is allowed.

```
Sentencing is now set for April 15, 2015 at 11:00 a.m.
before Magistrate Judge Robert B. Jones, Jr. in New Bern, NC.
```

SO ORDERED.

This 23rd day of January, 2015.

*(signature)*
LOUISE W. FLANAGAN
United States District Judge